# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HONOGUERRE LIMAGE,**
Appellant,

v.

**PRAETORIAN INSURANCE COMPANY,**
Appellee.

No. 4D21-0170

[July 7, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. COCE 16-026449 and CACE 18-029602 (AP).

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

George M. Duncan, Joseph W. Gelli and Robert T. Vorhoff of Garrison, Yount, Forte & Mulcahy, L.L.C., Tampa, for appellee.

PER CURIAM.

*Affirmed. See Reconco v. Integon Nat'l Ins. Co.*, 312 So. 3d 914 (Fla 4th DCA 2021).

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***